**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| SHERVETTE RICH, | : |
|         Plaintiff, | : |
| v. | : Civil Action No. 3:23-cv-716 |
| NEWREZ LLC, | : |
|         Defendant. | : |

**NOTICE OF SETTLEMENT**

Plaintiff Shervette Rich, by counsel, notifies the Court that he has reached a settlement with Defendant NewRez LLC. The parties are working to finalize the settlement and will submit dismissal papers as soon as the settlement is finalized.

Respectfully submitted,
**SHERVETTE RICH**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB # 93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*