IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERVETTE RICH, <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ, LLC, <br><br> Defendant. | Civil Action No. 3:23-cv-716 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice against the Defendant, NewRez, LLC, which has not filed an answer or a motion for summary judgment. The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Respectfully submitted,
**SHERVETTE RICH**

 /s/ *Kristi C. Kelly*
Kristi C. Kelly (VSB #72791)
Andrew Joseph Guzzo (VSB #82170)
Casey S. Nash (VSB #84261)
J. Patrick McNichol (VSB #92699)
Matthew S. Rosendahl (VSB #93738)
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile:  (703) 591-0167
E-mail  kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com
E-mail: casey@kellyguzzo.com
E-mail: pat@kellyguzzo.com
E-mail: matt@kellyguzzo.com
*Counsel for Plaintiff*